# OF DEFENDANTS: 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 4:23cr675 |
| | 18 U.S.C. § 2 |
| | 18 U.S.C. § 924(c)(1)(A) |
| v. | 18 U.S.C. § 924(c)(1)(A)(i) |
| | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(A) |
| | 21 U.S.C. § 846 |
| **SEALED INDICTMENT** | 21 U.S.C. § 853 |
| | 21 U.S.C. § 881 |
| | 28 U.S.C. § 2461(c) |

True BILL

FOREPERSON

The within Indictment was received by the Court at 11:45 a.m./p.m. on August 22, 2023, and sealed by the Court. Bench Warrants are to be immediately issued and turned over to the United States Marshal Service for service. When a named defendant is arrested, the United States Attorney is authorized to disclose the Indictment to the appropriate United States Magistrate and the defendant. **All Bench Warrants and any documents related to service are to be issued under seal.**

_____
UNITED STATES MAGISTRATE JUDGE

August 22, 2023

ON MOTION TO SEAL

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Lauren L. Hummel (#12523)
Assistant United States Attorney
401 W. Evans Street, Suite 222
Florence, SC 29501
843-665-6688
Lauren.Hummel@usdoj.gov